**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARTER STEPHENS, | ) | No. CV 12-8041-CW |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Adminstration, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: June 5, 2013

_____
CARLA M. WOEHRLE
United States Magistrate Judge